## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CF ENTERTAINMENT, INC.;<br>WEATHER GROUP TELEVISION, LLC;<br>ENTERTAINMENT STUDIOS, INC.;<br>ALLEN MEDIA DIGITAL, LLC; LOCAL<br>NOW, LLC; ENTERTAINMENT<br>STUDIOS DIGITAL MEDIA, LLC; and<br>ALLEN MEDIA LLC,<br><br>*Plaintiffs*,<br><br>- v. -<br><br>UNIVISION COMMUNICATIONS, INC.;<br>FORGELIGHT, LLC; SEARCHLIGHT<br>CAPITAL PARTNERS, L.P.; WADE<br>DAVIS; DANIEL ALEGRE; ERIC<br>ZINTERHOFER; and DOES 1 through 10,<br>inclusive,<br><br>*Defendants*. | Case No. 1:26-cv-04430 (JAV)<br><br><br>**ORDER OF<br>REMAND** |

Upon the parties' Joint Stipulation Regarding Remand, it is hereby ORDERED that:

1.      This action is remanded to the Supreme Court of the State of New York, County of New York, under Index No. 653141/2026.

2.      The Clerk of Court is respectfully directed to transmit a certified copy of this Order to the Clerk of the Supreme Court of the State of New York, County of New York, and to close this case.

SO
ORDERED. __June 25__ , 2026
New York, New York

_Jeannette Vargas_
United States District Judge

1